**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANOUSIS BAILAKIS,<br><br>Defendant. | **No. 25-cr-66** |

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendant Manousos Bailakis. My understanding is that the U.S. Marshals will be transporting Mr. Bailakis from Romania to the United States on Friday, July 11, 2025, likely arriving to Dulles International Airport that evening. Undersigned counsel will be available for Mr. Bailakis's initial appearance and arraignment as promptly as the Court permits.

Respectfully submitted,

Dated: July 5, 2025

/s/ Aaron M. Katz

Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on counsel for the United States via the CM/ECF system.

*Aaron M. Katz*