UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANOUSOS BAILAKIS<br><br>Defendant. | No. 25-cr-66-RDM |

**NOTICE OF DEFENDANT'S EXTRADITION STATUS,
AND REQUEST TO SCHEDULE ARRAIGNMENT DATE**

This notice is intended to update the Court on defendant Manousos Bailakis's extradition status. In addition, as further explained below, Mr. Bailakis requests that, if the Court has availability, the Court schedule his arraignment for the week of July 14, 2025.

As the Court is aware, Mr. Bailakis is a citizen and resident of Greece who was arrested in Romania in February 2025. On June 13, 2025, Mr. Bailakis consented to extradition to the United States; an order of extradition was entered by the Romanian extradition court that same day. Under Romanian law, the extradition court was required to order Mr. Bailakis detained pending his handoff to the U.S. Marshals. Mr. Bailakis was transferred to the custody of a jail in Bucharest on the evening of June 13, 2025. He has been there ever since. The conditions in the jail are very poor, and Mr. Bailakis's physical and mental health has suffered greatly. At times, jail staff has deprived Mr. Bailakis of prescription medications that are necessary to treat significant health conditions.

For reasons that remain unclear, for several weeks after the extradition order was entered, the U.S. Office of International Affairs was led to believe by the Romania Ministry of Justice (we think wrongly) that there was not a "final" extradition order. As a result, instead of being handed

off to the U.S. Marshals and transported to the United States within a few days of his consent to extradition, Mr. Bailakis has languished in the jail in Bucharest for nearly four weeks, waiting to be handed off to the U.S. Marshals. Mr. Bailakis finally will be handed off to the U.S. Marshals and flown to Washington, D.C. this coming Friday, July 11, 2025.

Although the U.S. Marshals has not yet disclosed their flight itinerary to us (or, apparently, to the Department of Justice's trial attorneys), we anticipate that Mr. Bailakis will be landing at Dulles International Airport sometime around 10 p.m. on July 11, 2025. The defense will be seeking to have Mr. Bailakis presented to the duty magistrate on July 12, 2025, so that Mr. Bailakis is not detained unnecessarily for the entire weekend. The Department of Justice has no objection to a Saturday presentment.

If the Court is available to arraign Mr. Bailakis early in the week of July 14, 2025, Mr. Bailakis would greatly appreciate if his arraignment can be scheduled for that time. The parties have agreed upon a bail package that, if entered by the Court, will allow Mr. Bailakis to reside in the Eastern District of New York (specifically, Great Neck, New York) pending trial so that he can be in close proximity to counsel and to his aunt and cousin who live in the area. If Mr. Bailakis were able to be arraigned early in the week of July 14, 2025, that would enable him to settle into his temporary residence in Great Neck soon after arriving to the United States. The defense believes that such scheduling also would be most convenient for the Department of Justice's trial attorneys, none of whom is located in Washington and each of whom likely would prefer to have Mr. Bailakis's arraignment take place very soon after his initial appearance so that they can minimize their back-and-forth travel to Washington.

3

                                                                           Respectfully submitted,

                                                                           */s/ Aaron M. Katz*
Aaron M. Katz
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

Dated: July 9, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record via the CM/ECF system on July 9, 2025.

*/s/ Aaron M. Katz*