# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANOUSIS BAILAKIS,<br><br>        Defendant. | **No. 25-cr-66** |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS

    Shortly after learning of the United States's motion to dismiss yesterday evening, I conferred with Paul V. Courtney, Counsel to the Assistant Attorney General, regarding the motion. Defendant Manousos Bailakis consents to the motion. Mr. Bailakis respectfully requests that the Court enter the order of dismissal as soon as possible (preferably by 10 a.m. EST today, which is 5 p.m. in Bucharest), as this will help facilitate Mr. Bailakis's release from jail in Bucharest and his expeditious return to his wife and two young children in Greece, from whom he has been involuntarily separated for nearly five months.

    I also informed counsel to the second defendant, Ioannis Gelasakis, of the United States's motion to dismiss. I can represent to the Court that Mr. Gelasakis's counsel also consents to the United States's motion.

                                                                     Respectfully submitted,

Dated: July 10, 2025                                       /s/ Aaron M. Katz
                                                           Aaron M. Katz
                                                           AARON KATZ LAW LLC
                                                           399 Boylston Street, 6th Floor
                                                           Boston, MA 02116
                                                           (617) 915-6305
                                                           akatz@aaronkatzlaw.com

**CERTIFICATE OF SERVICE**

    I certify that the foregoing was served on counsel for the United States via the CM/ECF system.

<i>Aaron M. Katz</i>