UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANOUSOS BAILAKIS and<br>IOANNIS GELASAKIS,<br><br>*Defendants.* | Criminal Action No. 25-66 (RDM) |

## ORDER

On July 9, 2025, the United States, in the exercise of its prosecutorial discretion and pursuant to Federal Rule of Criminal Procedure 48(a), moved to dismiss without prejudice the indictment in the above-captioned case and to quash the pending arrest warrant for Ioannis Gelasakis.

Upon consideration of the government's Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the indictment in the above-captioned case is **DISMISSED without prejudice**. It is further

**ORDERED** that the arrest warrant issued in the above-captioned case for Ioannis Gelasakis is **QUASHED**.

**SO ORDERED.**

RANDOLPH D. MOSS
United States District Judge

Date: 7/10/25